IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ALES SATANEK (A # 029 804 444))
                                )
              Plaintiff,        )         8:08CV11
                                )
       v.                       )
                                )
MICHAEL B. MUKASEY, Attorney    )         ORDER
General of the United States;   )
EMILIO T. GONZALEZ, Director,   )
U.S. Citizenship and            )
Immigration Services; ROBERT    )
S. MUELLER, III, Director,      )
Federal Bureau of               )
Investigation,                  )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 10). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that this action is dismissed.

DATED this 25th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court